NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5009

RAFAL FILIPCZYK,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 09-CV-045, Judge Thomas C. Wheeler.

ON MOTION

ORDER

Rafal Filipczyk moves without opposition for an extension of time, until February 1, 2010, to file a brief.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NOV 13 2009
_____
Date

cc: Rafal Filipczyk
Antonia R. Soares, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 13 2009

JAN HORBALY
CLERK

---

[*] All documents submitted by Filipczyk must be signed by Filipczyk or counsel for Filipczyk.